# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| SHAWN D. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>REPUBLIC FINANCE, LLC,<br><br>    Defendant. | CASE NO. 4:20-cv-03218 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Shawn D. Harris, and Defendant, Republic Finance, LLC, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: March 2, 2021

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
osulaiman@sulaimanlaw.com
**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

*/s/ Lauren E. Hayes (with consent)*
Lauren E. Hayes
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 - Telephone
(512) 479-1101 - Facsimile
Lauren.Hayes@huschblackwell.com

Sabrina A. Neff
TBN# 24065813
HUSCH BLACKWELL, LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile
sabrina.neff@huschblackwell.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman