United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SHAWN D. HARRIS,

    Plaintiff,

v.

REPUBLIC FINANCE, LLC,

    Defendant.

CASE NO. 4:20-cv-03218

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shawn D. Harris, and Defendant, Republic Finance, LLC, having filing their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

1. The stipulation is approved. This case is dismissed with prejudice with each party to bear its own attorney's fees and costs.

Dated: 03/04/2021

*/s/ Charles R. Eskridge III*
Judge, United States District Court

1